■ MELISSA NEAL, M.D., Appellant, v EDWARD A. LEGARRETA, M.D., et al., Respondents. (Appeal No. 4.) [967 NYS2d 858]—Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (John A. Michalek, J.), entered September 18, 2012. The order and judgment dismissed the complaint.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs.

Same memorandum as in *Legarreta v Neal* (108 AD3d 1067 [2013]). Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Whalen, JJ.